**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 161 WAL 2018
                                                 :

           Respondent              :

                                                 :    Petition for Allowance of Appeal from
                                                 :    the Order of the Superior Court

              v.                       :

                                                 :

DAVID ALLEN UMSTEAD,              :

                                                 :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.